IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CARL ROBERT EKLUND,<br>    Plaintiff,<br><br>v.<br><br>(1) LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, a part of CIGNA<br>Group Insurance,<br>    Defendant. | )<br>)<br>)<br>)<br>) Case No. 14-CV-634-JED-FHM<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby jointly stipulate for the dismissal of this entire action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). The parties are to bear their own respective attorneys' fees and costs.

s/Randall A. Gill
Randall A. Gill, OBA # 10309
2512 East 21st. Strett
Tulsa, OK  74114
(918) 747-1958

**ATTORNEYS FOR PLAINTIFF**

s/Erin K. Dailey
*(Signed by Filing Attorney with permission of Defendant's Attorney)*
Erin K. Dailey, OBA # 20189
GableGotwals
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK  74103
(918) 595-4800

**ATTORNEYS FOR DEFENDANT**

{1386044;}